Attorney: LEVIN EPSTEIN & ASSOCIATES, P.C. Address: 60 EAST 42ND St., STE#4700 NEW YORK, NY 10165 Job #: 1548287

# AFFIDAVIT OF NON SERVICE

Client's File No.: godoy vs

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 23-CV-9183 HG
COUNTY OF EASTERN



RAPHAELLA GODOY

*Plaintiff*

vs

PARKSIDE PUPS, LLC AND MICHAEL JOSEPHS

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 12/30/2023, at the following time: 1:01 PM, at 125 PARKSIDE AVENUE, BROOKLYN, NY 11226, deponent attempted to serve the within SUMMONS IN a Civil Action, JURY TRIAL DEMANDED COMPLAINT

upon PARKSIDE PUPS, LLC
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
125 PARKSIDE AVENUE, BROOKLYN, NY 11226
deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [x] Other: SUBJECT COMPANY IS NOT LISTED AT ADDRESS NOR KNOWN BY THE DOORMAN.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 12/30/2023 | 1:01 PM | 125 PARKSIDE AVENUE, BROOKLYN, NY 11226 |

Sworn to before me on 01/16/2024

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2027

NIMER ABDERRAHMAN
DCA License # 2105973

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

Attorney: LEVIN EPSTEIN & ASSOCIATES PC Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165    Job #: 1548288

# AFFIDAVIT OF NON SERVICE

Client's File No.: godoy vs

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 23-CV-9183 HG
COUNTY OF EASTERN



RAPHAELLA GODOY

*Plaintiff*

vs

PARKSIDE PUPS, LLC AND MICHAEL JOSEPHS

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 12/30/2023, at the following time: 1:01 PM, at 125 PARKSIDE AVENUE, BROOKLYN, NY 11226, deponent attempted to serve the within SUMMONS IN a Civil Action, JURY TRIAL DEMANDED COMPLAINT

upon MICHAEL JOSEPHS

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

125 PARKSIDE AVENUE, BROOKLYN, NY 11226

deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: SUBJECT IS NOT LISTED AT ADDRESS NOR KNOWN BY THE DOORMAN.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 12/30/2023 | 1:01 PM | 125 PARKSIDE AVENUE, BROOKLYN, NY 11226 |

Sworn to before me on 1/16/2024

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2027

NIMER ABDERRAHMAN
DCA License # 2105973

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*