**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Raphaella Godoy, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                              *Plaintiff,*

                  - against -

Parkside Pups, LLC, and Michael Josephs,

                                              *Defendants.*
-----------------------------------------------------------------X

Case No: 1:23-cv-09183

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares that on March 14, 2024, I have served a true and correct copy of the December 14, 2023 Summons & Complaint by USPS overnight mail, addressed to the individual(s) as indicated below: and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

                                        Parkside Pups Limited Liability Company
                                        418 Broadway, Suite R
                                        Albany, NY 12207

Dated: New York, New York
           March 14, 2024

                                        LEVIN EPSTEIN & ASSOCIATES, P.C.

                                        By: /s/ Jason Mizrahi, Esq.
                                             Jason Mizrahi, Esq.
                                             60 East 42nd Street, Suite 4700
                                             New York, NY 10165
                                             Tel. No.: (212) 792-0048
                                             Email: Jason@levinepstein.com
                                             *Attorneys for Plaintiff*

Cc:     All parties via ECF